United States District Court
Southern District of Texas
**ENTERED**
July 12, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

EthosEnergy Field Services, LLC, §
   Plaintiff, §
§
v. § Civil Action H-21-3954
§
Axis Mechanical Group, Inc., §
Mark Jones, and Dan Henderson, §
   Defendants. §

# Order of Adoption

On June 10, 2022, Magistrate Judge Peter Bray recommended that the court grant Dan Henderson's motion to dismiss Plaintiff's amended complaint, grant in part Axis Mechanical Group, Inc.'s motion to dismiss Plaintiff's amended complaint, and grant in part Mark Jones's motion to dismiss Plaintiff's amended complaint. (47) Plaintiff filed objections. (48) Defendants filed responses. (49, 50) The court denies the objections and adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on July 11, 2022.

_____
Lynn N. Hughes
United States District Judge